IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HEATHER S. HOMELVIG,** | ) | **CASE NO. 4:05CV3222** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner, Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's motion for an extension of time to file a brief (Filing No. 9).

While the motion will be granted, the Court advises counsel that, absent very unusual circumstances, no further extensions of time requested by the Plaintiff will be allowed in this case.

IT IS ORDERED:

1. The Plaintiff's motion for an extension of time to submit a brief (Filing No. 9) is granted; and

2. The Plaintiff's brief shall be filed and submitted to chambers via e-mail as described in the Court's previous order on or before April 3, 2006.

DATED this 1st day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge